UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **ROBERT RAMOS,** an individual, | * * * |
| PLAINTIFF, | * * |
| v. | * Case No. 22-CV-0303 * |
| **BLUFF SPRINGS FOOD MART INC.,** A Domestic Corporation, | * * * |
| DEFENDANT. | |

### ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS

Pursuant to the provision of 28 U.S.C. § 1915, permission is hereby granted for the above-named plaintiff(s) to proceed *in forma pauperis* in this Court until judgment is entered herein.

SIGNED on  _____, 2022.

_____

By: _____

Presiding Judge