**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| ROBERT RAMOS, individually, | * * * |
| PLAINTIFF, | * |
| v. | *   Case No. 5:22-CV-00303 |
| | * |
| BLUFF SPRINGS FOOD MART, INC, a domestic corporation, | * * * |
| DEFENDANT. | * |

## JOINT NOTICE OF SETTLEMENT

Robert Ramos, Plaintiff, and Bluff Springs Food Mart, Inc., Defendant, by their respective counsel, jointly notify the Court that they have reached a settlement in this matter. In light of the settlement, the parties request that the Court allow them 30 days to file appropriate dismissal papers.

Dated: December 5, 2022                    Respectfully submitted,

*/s/ K. Michael Sturgill*
MATTHEW SAPP
State Bar No. 24075016
K. MICHAEL STURGILL
State Bar No. 24075588
**SAPP & STURGILL, PLLC**
18756 Stone Oak Pkwy, #200
San Antonio, TX  78258
Telephone:  (469) 381-6833
matt@sappsturgill.como
mike@sappsturgill.com

**ATTORNEYS FOR PLAINTIFF**

-and-

/s/  Bill Dufour
William C. Dufour
Texas State Bar No. 06171200
William C. Dufour & Associates, PLLC
3301 Northland Drive, Ste. 213
Austin, Texas 78731
512.458.2700 | 512.458.2706 (f)
www.billdufourlaw.com

**ATTORNEY FOR DEFENDANT**

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all counsel of record via the Court's ECF system this 5th day of December, 2022.

*/s/ K. Michael Sturgill*
K. Michael Sturgill