IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT RAMOS, an individual, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:22-CV-00303 |
| BLUFF SPRINGS FOOD MART, INC., a domestic corporation, | § § § § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the Agreed Motion to Dismiss with Prejudice filed by Plaintiff, Robert Ramos, and Defendant, Bluff Springs Food Mart, Inc., is of the opinion that the Motion should be, and it hereby is, GRANTED.

Accordingly, it is ORDERED, ADJUDGED and DECREED that all of Plaintiff's claims and causes of action against Defendant are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

SIGNED this 29th day of March 2023.

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE
Henry J. Bemporad

**AGREED TO AS TO FORM AND SUBSTANCE:**

By: /s/ *K. Michael Sturgill*
  Matthew Sapp
  Texas Bar No. 24075016
  matt@sappsturgill.com
  K. Michael Sturgill
  Texas Bar No. 24075588
  mike@sappsturgill.com

SAPP & STURGILL, PLLC
209 2nd Street, #245
Fort Worth, Texas 76102
PH: 214-504-6318

**ATTORNEYS FOR PLAINTIFF**


/s/ *Bill Dufour*
  William C. Dufour
  www.billdufourlaw.com

William C. Dufour & Associates, PLLC
3301 Northland Drive, Ste. 213
Austin, Texas 78731
512.458.2700 | 512.458.2706 (f)

**ATTORNEYS FOR DEFENDANT**